IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTOPHER LEE JOHNSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. CIV-24-441-R |
| ) | |
| OKLAHOMA COUNTY JAIL, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Magistrate Judge Amanda Maxfield Green's Report and Recommendation [Doc. 6] in this matter. Judge Green recommends this action be dismissed without prejudice because the Oklahoma County Jail is not a legal entity that is able to be sued in a § 1983 action. Plaintiff was given until July 2, 2024, to object to Judge Green's findings. He did not file an Objection with this Court.

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. 6] in its entirety. Plaintiff's Complaint is dismissed without prejudice.

**IT IS SO ORDERED** this 15th day of July 2024.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE